UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                            Case No.: 1:07-cr-133

LARRY McJEFFERSON RICE,                HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 83). The Report and Recommendation was duly served on the parties and shall be adopted immediately, subject to change should any timely objections be filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that defendant's conditions of supervision are modified as follows:

**1.**    **The defendant shall reside for a period of 30 days at the Kalamazoo Probation Enhancement Program (KPEP), located at 497 Waukonda Avenue, Benton Harbor, Michigan, with work release privileges and shall abide by the rules of the facility. For every week the defendant obtains no KPEP violations, he will be granted permission to have daily one hour passes to spend with his**

daughter. The visits shall occur either before or after the defendant's scheduled work hours, as coordinated with the probation officer and KPEP case manager. The period will commence as directed by the Bureau of Prisons and the probation officer.

2. The defendant is discharged from the requirement of the previous order (ECF No. 81) directing intermittent confinement.

Dated:  November 10, 2011                              /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              Chief United States District Judge